UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARGARET WITTMAN,

  Plaintiff,         Hon. Paul L. Maloney

v.               Case No. 1:20-cv-1231

CITY OF HART Michigan, et al.,

  Defendant.

_____/

## CONSENT JUDGMENT AND ORDER

  Plaintiff Margaret Wittman ("Plaintiff"), by and through undersigned counsel, and Defendants City of Hart, Lynne Ladner, and Cheryl Rabe, by and through undersigned counsel, hereby agree and stipulate to the following:

1. On Tuesday, November 3, 2020, the general election ("Election Day") was held throughout the United States, including in the City of Hart, Michigan.

2. Plaintiff signed up to be an election worker on Election Day and arrived for work at approximately 6:15 a.m. to commence her duties.

3. Plaintiff was wearing a t-shirt with the message "My heart will trust in you Jesus" Proverbs 3:5-6. A true and accurate picture of the message on Plaintiff's t-shirt appears in the photograph below:



4. Defendants violated Plaintiff's First Amendment right to Free Speech and Religious Exercise and her Fourteenth Amendment right to Equal Protection by prohibiting Plaintiff from displaying the message on her t-shirt and by removing Plaintiff from her duties as an election worker.

5. As a direct and proximate result of Defendants' violation of the First and Fourteenth Amendments, Plaintiff has been harmed, entitling her to declaratory and injunctive relief, damages in the amount of $81.75 and her reasonable attorneys' fees and costs in the amount of $10,500.00.

6. This judgment is final and discharges all claims that have been brought, or could have been brought, arising out of the events of November 3, 2020, articulated in the complaint, which form the bases of this lawsuit.

IT IS SO STIPULATED.

| GREAT LAKES JUSTICE CENTER | CUMMINGS, McCLOREY, DAVIS, AND ACHO, PLC |
|---|---|
| By: *(signature)* <br> Erin Elizabeth Mersino <br> 5600 W. Mount Hope Hwy. <br> Lansing, Michigan 48917 <br> Telephone: (517) 322-3207 <br> erin@greatlakesjc.org <br><br> Attorney for Plaintiff | By: *(signature)* <br> Allan C. Vander Laan <br> 2851 Charlevoix Drive SE Suite 327 <br> Grand Rapids, Michigan 49546 <br> Telephone: (616) 975-7470 <br> avanderlaan@cmda-law.com <br><br> Attorney for Defendants |

## ORDER

Pursuant to the stipulation of the parties incorporated herein and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that:

Defendants violated Plaintiff's rights protected by the First and Fourteenth Amendments to the United States Constitution and are hereby enjoined from violating those rights in the future.

Plaintiff is hereby awarded damages in the amount of $81.75 and her reasonable attorneys' fees and costs in the amount of $10,500.00.

**IT IS SO ORDERED.**

Date: July 6, 2021

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge